IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No. 7:13-cv-00263

|  |  |
|---|---|
| BRANDEN ENGLE, on behalf of himself and all others similarly situated, | ) ) |
| Plaintiff(s), | ) ) |
| vs | ) ) |
| FIRSTMED EMS, LLC, | ) |
| Defendant(s). | ) |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

__BRANDEN ENGLE__ who is __the plaintiff__,
(name of party)            (plaintiff/defendant/other:_____)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

   YES ○    NO ⦿

2. Does party have any parent corporations?

   YES ○    NO ⦿

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

   YES ○    NO ⦿

If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

    YES ○      NO ●

If yes, identify entity and nature of interest:

5. Is party a trade association?

    YES ○      NO ●

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee:

Signature: Algernon L. Butler, III, LCR 83.1 Local Counsel

Date: December 11, 2013

[Finalize Form] [Reset Form]